UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
LAWRENCE ROSE

                    Plaintiff(s)

-against-

COUNTY OF NASSAU and NASSAU COUNTY
POLICE OFFICER MICHAEL F. KNATZ,

                    Defendant(s)
------------------------------------X

**CIVIL ACTION NO.**
CV 12-0536(ADS)(ARL)

**AUTOMATIC DISCLOSURE**

Plaintiff, LAWRENCE ROSE, by his attorney Richard M. Gutierrez, Esq., sets forth the following in compliance with the Mandatory Automatic Disclosure, pursuant to Rule 26(a) under the Federal Rules of Civil Procedure:

1.    A.    The name and if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged in the pleadings:

      Plaintiff is unaware of any witnesses to the occurrence at this time.

B.    A copy of, or a description of category and location of, all documents, data, compilations and tangible things in the possession, custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

     1.    C.P.L. § 710.30 notice.
     2.    Pennsylvania State Police Application/record of Sale of a firearm.
     3.    Nassau County, Sheriff's Department – Inmate Exchange Sales Receipt
     4.    Police reports prepared at the time of arrest on May 24, 2010.
     5.    Nassau County, Sheriff's Department Division of Correction – Inmate money receipt.
     6.    District Attorney – Felony Complaint.
     7.    Certificate of Disposition
     8.    Nassau County Sherriff's Department Division of Correction – Inmate personal property record.

C.    A compilation of any category of damages claimed by the disclosing party and materials upon which such compilation is based.
   Emotional damages:       $1,000,000.00
   Plaintiff spent three weeks in jail and prosecuted for several months.

D.  Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

   Not applicable to plaintiff.

2.  A.  Expert Witness Disclosure

Plaintiff has not yet retained the services of an expert to testify on his behalf at the trial of this matter. When an expert is so retained, a further response to this demand will be forthcoming.

   Plaintiff, LAWRENCE ROSE, reserves its right to amend and/or supplement this response, as provided for and required by the Federal Rules of Civil Procedure.

Dated: Forest Hills, New York
April 29, 2013

                                              Yours etc.,

                                              *[signature]*
                                              Richard M. Gutierrez, Esq.
                                              Attorney for Plaintiff
                                              118-35 Queens Boulevard
                                              Suite 1500
                                              Forest Hills, New York 11375
                                              (718) 520-0663

To:   Ralph J. Reissman
      Deputy County Attorney
      County of Nassau
      One West Street
      Mineola, NY 11501-4820

DISTRICT COURT - NASSAU COUNTY
HEMPSTEAD, : NEW YORK

------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK

    -against-                                          NOTICE AND DEMAND

                            Defendant.

------------------------------X

      PLEASE TAKE NOTICE that pursuant to Section 710.30 of the Criminal Procedure Law, the People intend to offer at the trial of the above-mentioned charge(s) evidence of statement(s) made to a public servant, and testimony indentifying the defendant as a person who committed the offense(s) charged, by a witness (witnesses) who has (have) previously identified the defendant, and

      PLEASE TAKE FURTHER NOTICE that in accordance with the provisions of Section 250.20 of the Criminal Procedure Law, I hereby demand from you and each of you that if you intend upon the trial of this charge (these charges) to offer, for any purpose whatever, testimony by witnesses other than the defendant which may tend to establish your presence elsewhere than at the scene of the crime or crimes with which you are charged, at the time of their commission, you must, within eight days from the date of service of this Demand, serve upon the District Attorney of Nassau County, and file with this Court a copy thereof, a "Notice of Alibi" reciting the place or places where the defendant claims to have been, and the names, residential addresses and places of employment and the addresses thereof of such alibi witnesses.

                                                            Kathleen M. Rice
                                                            District Attorney
                                                            Nassau County, New York

PEOPLE v. **Lawrence Rose**

INDEX NO.: 2010NA **013499**

**A.** Please take notice that pursuant to Section 710.30 of the Criminal Procedure Law, the People intend to offer at trial evidence of a statement made by the defendant to a public servant.

Date: **5/24/10**   Approximate Time: **1:20 am**   Place: 130 Hempstead Ave., Parking lot, West Hempstead

[✓] Reduced to writing and copy attached.
[✓] Oral. The Defendant stated, in sum and substance, that:

The defendant stated that he had a gun but also had a license for it in Pennsylvania. He also admitted that the gun was in the trunk of the vehicle and directed PO Knatz to "open the trunk with middle handle."

5/24/10, 8:30 am, at the 5th Squad, the defendant stated:
I don't even know why you guys arrested me, my gun is no different than any other semi-automatic.

Written statement - 4:40 am, 5th squad:
Defendant admitted purchasing the weapon in Pennsylvania, taking it apart and bringing it to NY in his car to use at a range. (See attached)

Should the People learn of the existence of any further statements made by the Defendant to a Public Servant, the Defendant will be so advised and will be provided with a copy of any such statement.

**B.** Please take notice that pursuant to Section 710.30 of the Criminal Procedure Law, the People intent to offer at trial testimony regarding an observation of the defendant, either at the time or place of the commission of the offense or upon some other occasion relevant to the case, to be given by a witness who has previously identified the defendant as such, as follows:

| **Witness # 1** | **Witness # 2** |
|---|---|
| Date: _____ | Date: _____ |
| Approximate Time: _____ | Approximate Time: _____ |
| Place: _____ | Place: _____ |
| Manner: [ ] Line-up | Manner: [ ] Line-up |
| [ ] Show-up | [ ] Show-up |
| [ ] Photographs | [ ] Photographs |

Dated the **25th** day of **May**   20**10**

KATHLEEN M. RICE
District Attorney
Served on the Defendant
and the Court by A.D.A.

**Borovina/Aronson**

Nassau County District Court
99 Main Street
Hempstead, New York 11550

DA - 4254. 4/95 Rev. 1/06

SP 4-113 (10-2008)

# PENNSYLVANIA STATE POLICE
## APPLICATION/RECORD OF SALE

| | STATE POLICE USE |
|---|---|
| **A — INSTRUCTIONS** | |
| 1. TRANSFEREE/PURCHASER — COMPLETE SECTION B AT TIME OF APPLICATION. COMPLETE SECTION C AT TIME OF SALE OR TRANSFER. LICENSEE — COMPLETE BLOCKS 1, 3, AND 4, AND SECTIONS D AND E. TRANSFEROR/SELLER — (FOR PRIVATE SALES) COMPLETE SECTION F. | 2. TRANSACTION SERIAL NO. **3815220** |
| NOTE: FORM MUST BE COMPLETED IN ITS ENTIRETY BY TYPING OR PRINTING IN BLUE OR BLACK INK. | 3. STATE IDENTIFICATION NO. **1614** |
| TRANSACTION SUBJECT TO SALES TAX   ☒ YES   ☐ NO | 4. APPROVAL NO./DATE **3-2-10** |
| Please explain in Section F if you selected "NO" for subject to sales tax. | **649371** |

### B — TRANSFEREE'S/PURCHASER'S INFORMATION

| 5. LAST NAME | 6. JR., ETC. | 7. FIRST NAME | 8. MIDDLE NAME | 9. DATE OF BIRTH | 10. AGE |
|---|---|---|---|---|---|
| Rose | | Lawrence | Burton | 8/12/1980 | 29 |

| 11. SEX | 12. RACE | 13. EYE COLOR | 14. HAIR COLOR | 15. WEIGHT | 16. HEIGHT | 17. SOCIAL SECURITY NO. | 18. COUNTY OF RESIDENCE |
|---|---|---|---|---|---|---|---|
| M | BLK | BR | BLK | 140 | 5·10 | 4516 | Luzerne |

| 19. STREET ADDRESS | 20. CITY | 21. STATE | 22. ZIP CODE |
|---|---|---|---|
| 446 E. Broad St | Hazelton | PA | 18201 |

| 23. PA. PHOTO IDENT/DRIVER LICENSE NO. | 24. EMPLOYER/BUSINESS NAME | 25. OCCUPATION |
|---|---|---|
| 30 094 173 | Unemployed | |

| 26. STREET ADDRESS | 27. CITY | 28. STATE | 29. ZIP CODE |
|---|---|---|---|

30. ARE YOU A UNITED STATES CITIZEN? IF NO, COUNTRY OF BIRTH: _____ COUNTRY OF CITIZENSHIP: _____ IMMIGRATION IDENTIFICATION NUMBER: _____   ☒ YES  ☐ NO

31. HAVE YOU EVER BEEN CONVICTED OF A CRIME ENUMERATED IN SECTION 6105(b), OR DO ANY OF THE CONDITIONS UNDER 6105(c) APPLY TO YOU? (READ INFORMATION ON BACK PRIOR TO ANSWERING)   ☐ YES  ☒ NO

32. ARE YOU NOW CHARGED WITH, OR HAVE YOU EVER BEEN CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR? THIS IS THE MAXIMUM SENTENCE THAT YOU "COULD HAVE RECEIVED," NOT THE ACTUAL SENTENCE YOU DID RECEIVE. (THIS DOES NOT INCLUDE FEDERAL OR STATE OFFENSES PERTAINING TO ANTITRUST, UNFAIR TRADE PRACTICES, RESTRAINTS OF TRADE, OR REGULATION OF BUSINESS; OR STATE OFFENSES CLASSIFIED AS MISDEMEANORS AND PUNISHABLE BY A TERM OF IMPRISONMENT NOT TO EXCEED TWO YEARS.) (READ INFORMATION ON BACK PRIOR TO ANSWERING)   ☐ YES  ☒ NO

33. ARE YOU THE ACTUAL BUYER OF THE FIREARM AS DEFINED UNDER 18 PA.C.S. § 6102 LISTED ON THIS APPLICATION/RECORD OF SALE? (WARNING: YOU ARE NOT THE ACTUAL BUYER IF YOU ARE ACQUIRING THE FIREARM ON BEHALF OF ANOTHER PERSON UNLESS YOU ARE LEGITIMATELY ACQUIRING THE FIREARM AS A GIFT FOR ANY OF THE FOLLOWING INDIVIDUALS WHO ARE LEGALLY ELIGIBLE TO OWN A FIREARM: 1) SPOUSE; 2) PARENT; 3) CHILD; 4) GRANDPARENT; OR 5) GRANDCHILD.)   ☒ YES  ☐ NO

34. I VERIFY THE FACTS THAT I HAVE SET FORTH IN BLOCKS 5-33 OF THIS FORM ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. THIS VERIFICATION IS MADE SUBJECT TO BOTH THE PENALTIES OF SECTION 4904 OF THE CRIMES CODE (18 PA.C.S. 4904) RELATING TO UNSWORN FALSIFICATION TO AUTHORITIES AND THE UNIFORM FIREARMS ACT. I ALSO UNDERSTAND THAT THE MAKING OF ANY FALSE WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS APPLICATION IS A CRIME PUNISHABLE AS A FELONY.

SIGNATURE OF TRANSFEREE/PURCHASER: *Lawrence Rose*   DATE OF APPLICATION: **3/2/2010**

### C — ACKNOWLEDGMENT

35. I ACKNOWLEDGE RECEIPT OF THE FIREARM (HANDGUN/LONG-GUN) AND A SUMMARY OF THE UNIFORM FIREARMS ACT WHICH INCLUDES A SAFETY BROCHURE.

SIGNATURE OF TRANSFEREE/PURCHASER: *Lawrence Rose*   DATE: **3/2/2010**

### D — LICENSEE'S INFORMATION   ☒ LICENSEE  ☐ EMPLOYEE

| 36. LAST NAME | 37. JR., ETC. | 38. FIRST NAME | 39. MIDDLE NAME | 40. SIGNATURE |
|---|---|---|---|---|
| Wagner | | Wilbur | | *Wilbur Wagner Pres* |

| 41. BUSINESS NAME | 42. BUSINESS TELEPHONE NO. | 43. COUNTY OF LICENSEE |
|---|---|---|
| Bob's Spts Goods Inc | 570-454-4111 | Luzerne |

| 44. BUSINESS ADDRESS | 45. CITY | 46. STATE | 47. ZIP CODE |
|---|---|---|---|
| 133 N Wyoming St | Hazleton | PA | 18201 |

48. DATE OF TRANSACTION: **3-2-10**

### E — FIREARM INFORMATION

50. DOES THIS PURCHASE INVOLVE A PISTOL OR REVOLVER WITH A BARREL LENGTH OF LESS THAN 15 INCHES, A SHOTGUN WITH A BARREL LENGTH OF LESS THAN 18 INCHES, A RIFLE WITH A BARREL LENGTH OF LESS THAN 16 INCHES, OR A FIREARM WITH AN OVERALL LENGTH OF LESS THAN 26 INCHES?   ☐ YES (COMPLETE BLOCKS 51 – 55)   ☐ NO (INFORMATION NOT REQUIRED)

| 51. MAKE | 52. MODEL | 53. CALIBER | 54. LENGTH OF BARREL | 55. SERIAL NUMBER |
|---|---|---|---|---|
| | | | | |

### F — TRANSFEROR'S/SELLER'S INFORMATION OR EXPLANATION FOR NONTAXABLE SALES

| 56. LAST NAME | 57. JR., ETC. | 58. FIRST NAME | 59. MIDDLE NAME | 60. SIGNATURE |
|---|---|---|---|---|

| 61. STREET ADDRESS | 62. CITY | 63. COUNTY/STATE | 64. ZIP CODE |
|---|---|---|---|

```
            NASSAU COUNTY SHERIFF"S DEPARTMENT        06/02/10   07:48
                       INMATE EXCHANGE
                        SALES RECEIPT
NAME: ROSE          LAWRENCE                              ICN: 10050324
LOC: E2 B07 A   CL: AM DDF MAXA OH    RACE: B  08/12/80   NCC: 10004614

RECEIPT # 201006020096  EXCHANGE BLDG: E    ACCOUNT BALANCE:      $31.85

QTY ITEM                          PRICE    QTY ITEM                   PRICE

  1 ICE TEA MIX                    3.75      2 SNICKERS                1.70
  1 WRITING PAD                    1.00      1 BALLPOINT PEN           1.50
  4 ENVELOPE-STAMPED               2.20
```

```
9 ITEMS TOTAL PURCHASE     $10.15                 TOTAL SALE      $10.15
```

VERIFIED BY                                INMATE"S SIGNATURE

                                           OFFICER"S SIGNATURE

# Fingerprint Response

**ORI: NY0290000**
*Nassau County Police Department- Communication Bureau*
**NYSID : 9568292H**

Identification   Summary   Criminal History   Job/License   Wanted   Missing   NCIC/III

## ● Transaction Data



| | |
|---|---|
| Name: | LAWRENCE B ROSE |
| Transaction ID: | 12518038 |
| Agency ORI: | NY0290000 |
| SSN: | 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 |
| Type of Submission: | **ARREST** |
| Date Fingerprinted: | May 24, 2010 12:00 am |
| Reason Fingerprinted: | Adult Arrest |

## Arrest/Charge Information

Arrest Date: May 24, 2010

| | |
|---|---|
| Name: | LAWRENCE B ROSE |
| Date of Birth: | August 12, 1980 |
| Country of Citizenship: | USA |
| US Citizen : | |
| Sex: | Male |
| Race: | Black |
| Height: | 5' 10" |
| Weight: | 140 |
| SSN: | 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 |
| Age at time of crime/arrest: | 29 |
| Address: | 446 E BROAD ST, FL 2, HAZLETON, PA 18201 |
| Place of Arrest: | Town of Hempstead, Nassau County , NY |
| Arrest Type: | Crime In Progress |
| Date of Crime: | May 24, 2010 |
| Place of Crime: | Town of Hempstead, Nassau County , NY |
| Criminal Justice Tracking No.: | 64208656K |
| Arresting Agency: | Nassau County Police Department- Communication Bureau |
| Arresting Officer ID: | 7003 |
| Local Person Id: | 210AR0009947 |
| Arrest Number: | 011000538344 |
| Arraignment: | Nassau County 1st District Court |
| Arrest Charges: | |

-- Criminal Possession Assault Weapon-3rd Degree
   PL 265.02 Sub 07    Class D  Felony Degree 3   NCIC 5212

## ● Transaction Status Information

| Activity | Date/Time | Elapsed |
|---|---|---|
| Initial Transaction Received | May 24, 2010 12:43:40 pm | |
| Online Data Received | May 24, 2010 12:43:39 pm | |
| Transaction Completed | May 24, 2010 01:12:32 pm | 0 hours 29 mins |
| Rapsheet Produced | May 24, 2010 01:12:36 pm | |

## NYS DCJS Repository Response

### ◉ Attention - Important Information

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

### ◉ Identification Information



**Name:**
LAWRENCE B ROSE    LAWRENCE B ROSE

**Date of Birth:**
Aug 12, 1980    Aug 12, 1980

**Place of Birth:**
New York

Cycle 1
Arrest Date May 27, 2009

**Address:**
446 E BROAD ST FL 2, HAZLETON, PA 18201
116 25 139TH ST, SOUTH OZONE PARK, NY
116-25 139 STREET, QUEENS, NY

| Sex: | Race: | Ethnicity: | SkinTone: |
|---|---|---|---|
| Male | Black/Black | | Medium/Dark/Medium |

| Eye Color: | Hair Color: | Height: | Weight: |
|---|---|---|---|
| Brown | Black | 5' 10" | 140 |

**SSN:**
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    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

**NYSID#:**    **FBI#:**    **NCIC Classification:**
09568292H    891834DD8

**III status:** Criminal record in NYS only

**US Citizen:**

## Summary Information

Name: LAWRENCE B ROSE   Total Arrests: 1
Date of Earliest Arrest: May 27, 2009   Date of Last Arrest: May 27, 2009

| Total Arrests Charges: | 2 |
|---|---|
| Felony: | 0 |
| Violent Felony: | 0 |
| Firearm: | 0 |
| Misdemeanor: | 1 |
| Other: | 1 |

| Total Convictions: | 0 |
|---|---|
| Felony: | 0 |
| Violent Felony: | 0 |
| Firearm: | 0 |
| Misdemeanor: | 0 |
| Other: | 0 |
| YO Adjudication(s): | 0 |

| Total Open Charges: | 2 |
|---|---|
| Felony Open Charges: | 0 |
| Open Misdemeanor(s): | 1 |
| Other Open Charges: | 1 |

| Warrant Information: | |
|---|---|
| Failure to Appear Counts: | 0 |
| Open Warrants: | 0 |

| Revocation Counts: | |
|---|---|
| Probation: | 0 |
| Parole: | 0 |

| Miscellaneous: | |
|---|---|
| Escape Charges: | 0 |
| Sex Offender Convictions: | 0 |

## NYS Criminal History Information

### Cycle 1

### Arrest/Charge Information
Arrest Date: May 27, 2009 12:07 am (00:07:00)

| | |
|---|---|
| Name: | LAWRENCE B ROSE |
| Date of Birth: | August 12, 1980 |
| Sex: | Male |
| Race: | Black |
| Age at time of crime/arrest: | 28 |
| Address: | 116-25 139 STREET, QUEENS, NY |
| Fax Number | Q29339 |
| Place of Arrest: | NYCPD 113 |
| Arrest Type: | Unknown |
| Date of Crime: | May 27, 2009 |
| Place of Crime: | Queens County, NY |
| Criminal Justice Tracking No.: | 63593836Q |
| Arresting Agency: | NYCPD PCT 113 |
| Arresting Officer ID: | 915874 |
| Arrest Number: | Q09632189 |

Arrest Charges:

-- Criminal Possession Of Marihuana-5th Degree: In A Public Place
   PL 221.10  Sub 01   Class B   Misdemeanor Degree 5   NCIC 3562

-- General Violation Of Local Law
   LOC   Violation Degree 0   NCIC 7399

### Court Case Information
-- Court: Queens County Criminal Court   Case Number: 2009QN029120

May 27, 2009
**Arraigned**
-- Criminal Possession Of Marihuana-5th Degree:In A Public Place
   PL 221.10 Sub 01        Class B        Misdemeanor        NCIC 3562
-- General Violation Of Local Law
   LOC                                    Infraction         NCIC 7399

May 27, 2009
**Initial Report Of Docket Number**

May 27, 2009
**Adjourned In Contemplation Of Dismissal Marijuana CPL170.56/210.46**

## Other History Related Information

There is no Other History Related Information associated with this history.

## Job/License Information

**Civil Information**
Type of Application: Security Guard Registrant
Name:               LAWRENCE B ROSE
Address:            116 25 139TH ST, SOUTH OZONE PARK, NY
Date of Birth:      August 12, 1980
SSN:                054684516
Agency ID:          08061317
Date of Application: January 20, 2000
Application Agency: NYS Department of State- Licensing Division
Application Number:08061317

## Wanted Information

There is no NYS Wanted Information associated with this history.

## Missing Person Information

There is no NYS Missing Person Information associated with this history.

## Additional Information

**Summary Counts:** The Transaction data may also be included in a cycle in the rap. If it is included, information from the transaction will be used in calculating the Summary section. If it is not included in any of the cycles then the transaction information will not be part of the Summary section data.

**Courts Please Note:** Pursuant to CPL 160.40 (02) one copy of a fingerprint based rapsheet must be provided to the Defense Attorney.

**According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI does have a record. If you desire this information, please submit a request directly to the FBI.**

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

## Federal NCIC, III and/or FBI Response

### ◉ NCIC Information

The following information is provided in response to your request for a search of the NCIC Person files based on:

- **Name: ROSE, LAWRENCE B**
- **Sex: M**
- **Race: B**
- **Date of Birth: 08/12/1980**
- **Social Security number: 054684516**
- **FBI number: 891834DD8**

```
NY0290000

***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE EXTRADITION FROM THE
INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS FILES ARE SEARCHED
WITHOUT LIMITATIONS.
***LAW ENFORCEMENT SENSITIVE INFORMATION***

DO NOT ADVISE THIS INDIVIDUAL THAT THEY MAY BE ON A TERRORIST WATCHLIST.

CONTACT THE TERRORIST SCREENING CENTER (TSC) AT (866) 872-9001 DURING THIS
ENCOUNTER.  IF THIS WOULD EXTEND THE SCOPE OR DURATION OF THE ENCOUNTER,
CONTACT THE TSC IMMEDIATELY THEREAFTER.  IF YOU ARE A BORDER PATROL OFFICER
IMMEDIATELY CALL THE NTC.

ATTEMPT TO OBTAIN SUFFICIENT IDENTIFYING INFORMATION DURING THE ENCOUNTER,
WITHOUT OTHERWISE EXTENDING THE SCOPE OR DURATION OF THE ENCOUNTER,
TO ASSIST THE TSC IN DETERMING WHETHER OR NOT THE NAME OR IDENTIFIER(S)
YOU QUERIED BELONGS TO AN INDIVIDUAL IDENTIFIED AS HAVING POSSIBLE TIES
WITH TERRORISM.

DO NOT DETAIN OR ARREST THIS INDIVIDUAL UNLESS THERE IS EVIDENCE OF A
VIOLATION OF FEDERAL, STATE, OR LOCAL STATUTE(S).

UNAUTHORIZED DISCLOSURE IS PROHIBITED.

INFORMATION THAT THIS INDIVIDUAL MAY BE ON A TERRORIST WATCHLIST IS THE
PROPERTY OF THE TSC AND IS A FEDERAL RECORD PROVIDED TO YOUR AGENCY ONLY
FOR INTELLIGENCE AND LEAD PURPOSES.  THIS RECORD, AND ANY INFORMATION
CONTAINED WITHIN IT, MAY NOT BE DISCLOSED OR USED IN ANY PROCEEDING WITHOUT
THE ADVANCE AUTHORIZATION OF THE TSC.

WARNING - APPROACH WITH CAUTION

***LAW ENFORCEMENT SENSITIVE INFORMATION***

***DO NOT ADVISE THIS INDIVIDUAL THAT THEY ARE ON A TERRORIST WATCHLIST.***
MKE/POSSIBLE TERRORIST ORGANIZATION MEMBER - CAUTION
ORI/DCTSC0200 NAM/RIZA,IMER SEX/M RAC/U POB/ZD DOB/19800812
```

```
CTZ/ZD
MNU/PI-128098045005
GNG/INTRNTL XTMST*IFBI SGP/HANDLING CODE 3*IFBI
ECR/H DOP/NONEXP OCA/000001384809
VLD/20100101
MIS/NONUSPER; NC-220612; FULL MNU: PI-1280980450051; PPT COUNTRY: ZD
DNA/N
ORI IS FBI TERRORIST SCREENING CENTER 866 872-9001
AKA/RIZA,YMER
MNU/PI-1626982
MNU/PP-1665398
MNU/PP-2674518
IMN/I481104012 IMT/I
IMN/I271110999 IMT/M
NIC/T090764751 DTE/20080522 2324 EDT DLU/20100101 1456 EDT
NO NCIC WANT FBI/891834DD8
NO NCIC WANT SOC/054684516
```

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

New York State Division of Criminal Justice Services
4 Tower Place
Albany NY 12203-3764
Tel: 1-800-262-DCJS
Sean M. Byrne, Acting Commissioner of the NYS Division of Criminal Justice Services

```
                NASSAU COUNTY SHERIFF'S DEPARTMENT
                       DIVISION OF CORRECTION                    JC20258
                       INMATE MONEY RECEIPT

RECEIPT NO.:201006010807        06/01/10                    1334 HOURS
------------------------------------------------------------------------

NAME: ROSE                LAWRENCE                         ICN: 10050324
 LOC: E2 B07 A                                             NCC: 10004614
------------------------------------------------------------------------

    RECEIVED BY: DOMINICK     A
        SOURCE: VISIT         BUILDING: E        AMOUNT: $ ********20.00
    RECEIVED FROM: ROSE            PAMELA              RELATION: MOTHER

MAILING ADDRESS: 100 CARMAN AVENUE, EAST MEADOW, NEW YORK 11554
************************************************************************

************************************************************************
```

DISTRICT COURT -- FELONY COMPLAINT

Citation#
Arrest# 210AR00009947
Date / Time of Arrest 05/24/2010 at 01:20

CR# 210CR0042369
Return Date 04/24/2010
Court Docket _____ **013499**

Case 2:12-cv-00536-ADS-ARL   Document 19   Filed 05/01/13   Page 14 of 19 PageID #: 129

DOB
08/12/1980

Age
29

Offense

265.02(7)

CRIM
POSS WEAPON
RD SUB 7

D
FELONY

ector
08

repared By
408JOHN

FIRST DISTRICT

THE PEOPLE OF THE STATE OF NEW YORK AGAINST

    LAWRENCE B ROSE
    446 E BROAD ST FL 2
    HAZLETON PA 18201

IN THE STATE OF NEW YORK COUNTY OF NASSAU: PO MICHAEL F KNATZ, SHIELD# \2546, BEING A MEMBER OF THE NASSAU COUNTY POLICE DEPT DEPOSES AND SAYS THAT ON OR ABOUT THE 24TH DAY OF MAY, 2010, AT ABOUT 1:20 AM, AT PARKING LOT/130 HEMPSTEAD AVE WEST HEMPSTEAD, THE DEFENDANT DID VIOLATE NEW YORK STATE PENAL LAWSECTION(s) §265.02(7) .

§ SUCH PERSON POSSESSES AN ASSAULT WEAPON

TO WIT: At the listed and place Defendant Lawrence Rose was in possession of a Cobray SWD M-11/9 gun, serial number 890003400. The weapon has a functioning frame and receiver. As per the NYS PL 265.00, sub 22-d-vi, the Cobray SWD M-11/9 is an "assault weapon."

The above is based upon information and belief. The sources of said information and belief are your Deponent's observations; the Defendant's oral admission, some of which were reduced to writing that were reduced to writing; the Defendant's listed gun; and evidence collected.

\* ANY FALSE STATEMENT MADE HEREIN IS PUNISHABLE AS A CLASS A MISDEMEANOR, PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

                                                SUBSCRIBED BEFORE ME THIS
                                                24TH DAY OF MAY 2010.

_____         _____
PO MICHAEL F KNATZ                              LT JOSEPH G KOTAK

| NAME | DATE OF BIRTH | NYSDCJS NO | FBI NO | | |
|---|---|---|---|---|---|
| ROSE, LAWRENCE B | 08/12/1980 | | | | |
| ALIAS | | IDB NO | SEX ☐ MALE ☒ FEMALE ☐ | RACE B | |

**POLICE DEPARTMENT**
**COUNTY OF NASSAU, NEW YORK**
**RECORDS BUREAU**
**PREVIOUS RECORD**
PDCN 344 - REV 9/99

| NAME | DATE | PLACE (Arrested or Received) | CHARGE | COURT |
|---|---|---|---|---|
| | | | | |

**NO RECORD 5/24/10**

This record appears in our files under the above name, however, further investigation should be made by you to determine that the subject is the same person. There has been no comparison made by fingerprints.

```
CERTIFICATE OF DISPOSITION
DISTRICT COURT OF NASSAU COUNTY - HEMPSTEAD
================================================================================
THE PEOPLE OF THE STATE OF NEW YORK        DOCKET NUMBER:       2010NA013499
              VS.                          DATE OF BIRTH:       08/12/1980
ROSE,LAWRENCE B
446 E BROAD ST 2FLR                        DATE OF ARREST/ISSUE: 05/24/2010
HAZLETON PA 18201


ARRAIGNMENT CHARGES:
PL 265.02 07 DF          CRIMINAL POSSESSION OF A WEAPON(GUN)
PL 265.01 01 AM          CRIMINAL POSSESSION OF A WEAPON




DATE OF DISPOSITION: 03/21/2011   JUDGE: O'BRIEN,W   PART: FP9L


DISPOSITIONS:
PL 265.02 07 DF          DISMISED(GUN)
PL 265.01 01 AM          CRIMINAL POSSESSION OF A WEAPON
                         DISMISED AND SEALED UNDER CPL SECTION 160.50




I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

MICHAEL BEGANSKAS                        04/18/2011         FEE: 5.00
CLERK OF THE COURT                       DATE               NUMBER: 177388

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL.)
```

# NASSAU COUNTY SHERIFF'S DEPARTMENT
## DIVISION OF CORRECTION
### INMATE PERSONAL PROPERTY RECORD

**MONEY** 22.⁵

**INMATE'S NAME:** Post, Lawrence

**DATE OF BIRTH:** _____

**ICN:** _____

**CC:** 10D4514

| Total | Item | Total | Item | Total | Item | Total | Item |
|---|---|---|---|---|---|---|---|
|  | Assorted Electronics |  | Comb |  | Magazines | ⊘ | Telephone |
|  | Bandana |  | Condoms |  | Make-Up | ⊘ | Tobacco Products |
| ⊘ | Batteries |  | Doo-Rags |  | Medal, Religious  Y W O |  | Toiletries |
|  | Belts   Blk   Brn |  | Driver's License |  | Medal, Ornamental Y W O |  | Tools, Misc. |
|  | Body Jewelry |  | Earrings   Y W O |  | Medications |  | Tooth Covers   Y W O |
|  | Books |  | Earphones |  | Knap Sack |  | Umbrella |
|  | Bracelets   Y W O |  | Foreign Currency |  | Passport | ⊘ | Unauthorized Commissary |
|  | Briefcase |  | Glasses |  | Pencils | ⊘ | Wallet |
|  | Brush, Hair |  | Gloves |  | Pens |  | Watch   Y W O |
|  | Calculator |  | Handbag |  | Photos |  | Misc. Papers |
|  | Cane | ① | Hat |  | Radio |  | Asst. Coins |
|  | CDs |  | Hair Extensions |  | Ring   Y W O | ① | Video Camera |
|  | Chain, Neck   Y W O | ① | Hair Holder |  | Ring With Stones |  |  |
|  | Chapstick |  | Keys |  | Scarf |  |  |
|  | Clippers, Nail |  | Knife |  | String |  |  |
|  | Cologne |  | Lighter |  | Tapes, Cassette |  | Clothing to L.C.R. |

I hereby authorize the SHERIFF OF NASSAU COUNTY or his authorized representative to open and examine all mail incoming and outgoing and all packages which may be directed to me so long as I am an inmate in said NASSAU COUNTY CORRECTIONAL CENTER. I acknowledge receipt of NASSAU COUNTY CORRECTIONAL CENTER RULES & REGULATIONS.

**I CERTIFY THAT THE ABOVE LIST OF MY PROPERTY IS CORRECT.**

_Friede_  2068   5/25/10               _J. Kove_        5/25/10
Correction Officer's Signature Shield#   Date        Inmate's Signature    Date

**I ACKNOWLEDGE RECEIPT OF ALL MY PERSONAL PROPERTY.**

_____
Correction Officer's Signature Shield#   Date        Inmate's Signature    Date

## AUTHORIZATION

☐ I authorize the Nassau County Correctional Center to turn over any/all of my personal property and/or belongings to the person(s) designated below. In addition, I authorize the Nassau County Correctional Center to dispose of all my personal property left at the Correctional Center over 120 days after my release from custody.

*If at any time following your release from the custody of the Nassau County Sheriff's Department you wish to change the person(s) designated to pick up your property, you may do so by sending a letter to the Nassau County Correctional Center, Admissions and Discharges, 100 Carman Avenue, East Meadow, New York 11554. All such requests must be received within the aforementioned 120-day time period.

**DESIGNATED PERSON:** _____  **Apt #.** _____

**ADDRESS:** _____

**ZIP CODE:** _____  **PHONE #:** ( ___ ) _____

☐ I do not authorize the Nassau County Sheriff's Department to turn over any/all of my personal property and/or belongings over to anyone. I understand that the Nassau County Sheriff's Department will dispose of my personal property left at the Correctional Center after my release from custody and such disposal will be pursuant to the New York State Personal Property Law.

| INMATE'S SIGNATURE | DATE | WITNESSED BY | DATE |
|---|---|---|---|

**I ACKNOWLEDGE RECEIPT OF THE ABOVE LISTED INMATE PERSONAL PROPERTY.**

X _____   _____  __/__/__
Witnessed By: Correction Officer   Shield #   Third Party Signature   Date

Street _____  Apt # ____  Town _____  State ____  Zip ____  Telephone # _____

CC-1866. 4/73 Rev. 5/09    NCPD   Distribution: Yellow – Property Office   Pink – Inmate

ROSE, LAWRENCE          HANGER No. A 417          ICN 10050324
INMATE NAME                                        CC No. 10004614



## NASSAU COUNTY SHERIFF'S DEPARTMENT
## DIVISION OF CORRECTION

### INMATES PERSONAL CLOTHING RECORD



| AMT | ITEMS | COLOR & MATERIAL | GENERAL CONDITION |
|---|---|---|---|
|  | Raincoat |  | Poor  Fair  Good  New |
|  | Top Coat |  | Poor  Fair  Good  New |
|  | Jacket |  | Poor  Fair  Good  New |
|  | Sport Coat |  | Poor  Fair  Good  New |
| 1 | Trousers | BLK | Poor  ~~Fair~~  Good  New |
|  | Shirt |  | Poor  Fair  Good  New |
|  | Tee Shirt |  | Poor  Fair  Good  New |
|  | Sweat Shirt |  | Poor  Fair  Good  New |
| 1 | Sweat Pants | BLK | Poor  ~~Fair~~  Good  New |
|  | Suit |  | Poor  Fair  Good  New |
|  | Sweater |  | Poor  Fair  Good  New |
|  | Vest |  | Poor  Fair  Good  New |
|  | Shorts |  | Poor  Fair  Good  New |
|  | Jersey |  | Poor  Fair  Good  New |
|  | Shoes | BLK.  BRN | Poor  Fair  Good  New |
| 1 | Sneakers | WHT.  ~~BLK.~~ | Poor  ~~Fair~~  Good  New |
|  | Boots | BLK.  BRN.  TAN | Poor  Fair  Good  New |
|  | Blouse |  | Poor  Fair  Good  New |
|  | Dress |  | Poor  Fair  Good  New |
|  | Skirt |  | Poor  Fair  Good  New |
|  | Slacks |  | Poor  Fair  Good  New |
|  | Other |  | Poor  Fair  Good  New |
|  | Other |  | Poor  Fair  Good  New |
|  | Other |  | Poor  Fair  Good  New |

I certify the above information to be correct. I release the Sheriff's Department of all responsibility for my personal clothing left over 30 days from my release from the Correctional Cener. I authorize the Sheriff to dispose my personal property anyway he sees fit after 30 days from my release.

X _[signature]_
    Inmate Signature

X _____    Sh. No. _____    Time _____    Date 5/25/10
    Witnessed by

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I Cerify that I have received all my personal clothing.

X _____
    Inmate Signature                                                    Date

X _____    Sh. No. _____    Time _____    Date
    Witnessed by

CC-5050. 6/81 Rev. 12/05   NCPD        Distribution: Yellow - Clothing Room    Pink - Inmate

213379

CIVIL ACTION NO: CV 12-0536(ADS) (ARL)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**LAWRENCE ROSE**

PLAINTIFF

-against-

**COUNTY OF NASSAU, FORMER NASSAU COUNTY EXECUTIVE THOMAS SOUZZI, EXECUTIVE EDWARD P. MANGANO, NASSAU COUNTY POLICE DEPARTMENT, and NASSAU COUNTY POLICE OFFICER MICHAEL F. KNATZ**

## AUTOMATIC DISCLOSURE

**RICHARD M. GUTIERREZ, ESQ.**

*Attorney for* **PLAINTIFF**

*Office and Post Office Address, Telephone, Fax*
**118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NY 11375
Telephone No.: 718-520-0663
Fax No.:            718-520-8306**

To:

Attorney(s) for

Service of a copy of the within _____ is hereby admitted.

Dated:

Attorney(s) for

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.
Dated:   April 29, 2013

Signature _____
RICHARD M. GUTIERREZ, ESQ.

---

NOTICE OF ENTRY

PLEASE take notice that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named court on _____ 2013.

Dated:

Yours, etc.
**RICHARD M. GUTIERREZ, ESQ.**
*Attorney for*
*Office and Post Office Address*
**118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NEW YORK 11375**

To:

Attorney(s) for

NOTICE OF SETTLEMENT

PLEASE take notice that an Order of which the within is a true copy will be presented for settlement to the Hon. _____ one of the judges of the within named Court, at _____ on 2013 at _____

Dated,
Yours, etc.
**RICHARD M. GUTIERREZ, ESQ.**

*Attorney for*

*Office and Post Office Address*
**118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NEW YORK 11375**

To

Attorney(s) for